# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA,

v.

SANDOVAL VELAZCO ROBERTO.

No. 10 CR 333-2
Judge James B. Zagel

## MEMORANDUM OPINION AND ORDER

Defendant seeks reduction of sentence under 18 USC § 3582. The sentence reduction is limited to the bottom of the amended guideline range. In this case, the reduction can be no greater than 108 months. The original sentence was for 135 months. The prosecution does not object to an amended and lower guideline range and, in fact, supports a lower sentence of 108 months. I grant Defendant's motion to reduce the sentence and will enter an appropriate order.

ENTER:

James B. Zagel
United States District Judge

DATE: January 19, 2016